# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:15-cr-00082-MR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Appellee, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| BILLY JOE HURLEY, | ) | |
| | ) | |
| Appellant. | ) | |

**THIS MATTER** is before the Court on the Appellant's Notice of Appeal [Doc. 12].

On July 28, 2015, the Appellant Billy Joe Hurley was charged in a Bill of Information with possession of ginseng in violation of 36 C.F.R. § 2.1(a)(1)(ii), a Class B misdemeanor. [Doc. 1]. On August 12, 2015, the Honorable Dennis L. Howell, United States Magistrate Judge, found the Appellant guilty of this offense. On August 13, 2015, the Magistrate Judge sentenced the Appellant to a term of imprisonment of six months with credit for time served. [Judgment in a Criminal Case, Doc. 10]. The Appellant, who was represented by counsel before the Magistrate Judge, filed a timely

Notice of Appeal from the Magistrate Judge's Judgment on August 20, 2015. [Doc. 12].

A timely notice of appeal having been filed, the Court therefore will enter a scheduling order for the briefs on appeal.

**IT IS, THEREFORE, ORDERED** that the Appellant shall file his brief on appeal on or before thirty (30) days from the entry of this Order. The Appellee shall file its brief on or before thirty days (30) from the filing of the Appellant's brief.

**IT IS SO ORDERED**.

Martin Reidinger
United States District Judge